The mandate of the court will issue on March 22, 2007.

## SCHLEICHER COMMUNITY CORRECTIONS CENTER, INC., Appellant,

v.

## Alberto R. GONZALES, Attorney General, Department of Justice, Appellee.

### No. 2006–1215.

United States Court of Appeals, Federal Circuit.

March 15, 2007.

### ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Appellant, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on March 22, 2007.

## Michael J. DOBRUCK, Petitioner,

v.

## DEPARTMENT OF VETERANS AFFAIRS, Respondent.

### No. 2006–3411.

United States Court of Appeals, Federal Circuit.

March 15, 2007.

Michael J. Dobruck, pro se.

Before MICHEL, Chief Judge, DYK, Circuit Judge, and PROST, Circuit Judge.

### ORDER

A petition for rehearing having been filed by the Petitioner, and a response thereto having been invited by the court and filed by the Respondent,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on March 22, 2007.